**Order entered April 20, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00214-CV

**CRAIG STEVEN MACKENZIE, 4825 JONES BRIDGE WOODS DRIVE, JOHNS CREEK, GEORGIA 30022, Appellant**

**V.**

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY AND FEDERATED NATIONAL INSURANCE COMPANY, Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-11384**

## ORDER

Before the Court is Deputy Official Reporter Terri Etekochay's April 16, 2020 request for extension of time to file the reporter's record. We **GRANT** the request and extend the time to May 20, 2020.

/s/     BILL WHITEHILL
JUSTICE